# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL DORISMOND,**

    **Plaintiff,**

**v.**                                                    **Case No: 6:14-cv-63-Orl-28GJK**

**WYNDHAM VACATION OWNERSHIP, INC. and WYNDHAM VACATION RESORTS, INC.,**

    **Defendants.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. No. 32) filed June 12, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation filed by the parties (Doc. No. 34), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 20, 2014 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 32) is **GRANTED** only to the extent that the Court finds the parties' settlement to be a fair and reasonable resolution of the Fair Labor Standard Act issues.

3. This case is dismissed with prejudice.

    4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on June 24, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record